Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>   Plaintiff,<br>v.<br><br>THE REGIS CORPORATION and each of their subsidiaries doing business in California under such names as Supercuts, Pro-Cuts, MasterCuts, CostCutters, Regis Salons, Trade Secret, SmartStyle, Carlton Hair International, Mia & Maxx Hair Studio, First Choice Haircutters, Magicuts, City Looks, Hair Crafters, Great Expectations, We Care Hair, Style America, Best Cuts, HairMasters, Saturday's, BoRics, Jean Louis David, Coiff & Co., Intermede, Vidal Sassoon, Blaine Beauty School and Saint Algue., and DOES 1-50,<br><br>   Defendants. | Case No.: C 05-03039 CRB<br><br>STIPULATED AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE REGARDING CASE MANAGEMENT CONFERENCE<br><br>Judge:   Charles R. Breyer<br>Date:    October 28, 2005<br>Time:    8:30 a.m.<br>Courtroom: 8 |

Counsel for the plaintiffs' in this case have their offices located several hundred miles from San Francisco which is located in Reno, Nevada. For that reason, plaintiffs' counsel is requesting that the Court allow plaintiffs' counsel to be permitted to appear at the Case

Management Conference scheduled for October 28, 2005, by telephone rather than in person. Counsel for defendant's agree to stipulate to allow plaintiffs' counsel to appear by telephone.

Dated: October 21, 2005

THIERMAN LAW FIRM

Mark R. Thierman
Attorney for Plaintiff

SEYFARTH SHAW LLP

Catherine M. Dacre
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: October 24 2005



Judge Charles R. Breyer

STIPULATED AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE REGARDING CASE MANAGEMENT CONFERENCE