Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGIS CORPORATION and each of their subsidiaries doing business in California under such names as Supercuts, Pro-Cuts, MasterCuts, CostCutters, Regis Salons, Trade Secret, SmartStyle, Carlton Hair International, Mia & Maxx Hair Studio, First Choice Haircutters, Magicuts, City Looks, Hair Crafters, Great Expectations, We Care Hair, Style America, Best Cuts, HairMasters, Saturday's, BoRics, Jean Louis David, Coiff & Co., Intermede, Vidal Sassoon, Blaine Beauty School and Saint Algue., and DOES 1-50,<br><br>    Defendants. | Case No.: C 05-03039 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO APPEAR BY TELEPHONE REGARDING THE FURTHER STATUS CONFERENCE<br><br>Judge:    Charles R. Breyer<br>Date:    January 20, 2006<br>Time:    10:00 a.m.<br>Courtroom: 8 |

///
///
///
///

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Mark R. Thierman will be appearing telephonically for the Further Status Conference in the above captioned matter which is currently set for January 20, 2006 at 10:00.

Dated: January 19, 2006.

THIERMAN LAW FIRM

_____
Mark R. Thierman
Attorney for Plaintiff

SEYFARTH SHAW LLP

_____
Catherine M. Dacre
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated: January 20, 2006



Honorable Charles R. Breyer
IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE REGARDING THE FURTHER STATUS