SEYFARTH SHAW LLP
G. Daniel Newland (State Bar No. 087965); Email: dnewland@seyfarth.com
Catherine M. Dacre (State Bar No. 141988); Email: cdacre@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
REGIS CORPORATION

Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

H. Tim Hoffman SB# 49141
Arthur Lazear SB# 83603
**HOFFMAN & LAZEAR**
180 Grand Street, Suite # 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiff
LILIANA SOLIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>THE REGIS CORPORATION and each of their subsidiaries doing business in California under such names as Supercuts, Pro-Cuts, MasterCuts, CostCutters, Regis Salons, Trade Secret, SmartStyle, Carlton Hair International, Mia & Maxx Hair Studio, First Choice Haircutters, Magicuts, City Looks, Hair Crafters, Great Expectations, We Care Hair, Style America, Best Cuts, HairMasters, Saturday's, BoRics, Jean Louis David, Coiff & Co., Intermede, Vidal Sassoon, Blaine Beauty School and Saint Algue, and DOES 1-50<br><br>Defendant. | **Case No. C 05-03039 CRB**<br><br>**CONFIDENTIALITY STIPULATION AND ORDER** |

Confidentiality Stipulated and Order / Case No. C 05 03039

1  Disclosure and discovery in this action are likely to involve production of confidential,
2  proprietary, or private information, for which special protection from public disclosure and from
3  use for any other purpose other than prosecuting this lawsuit would be warranted. Accordingly,
4  the parties hereby stipulate to and petition the court to enter the following Stipulated Protective
5  Order.
6  The parties agree that the information, documents and things sought in discovery relating
7  to, *inter alia*, confidential, private or personal documents of the parties, including but not limited
8  to business or propriety information, (hereinafter referred to as "CONFIDENTIAL
9  INFORMATION") contain or relate to information that is or may be of a private, confidential or
10 proprietary nature or may contain or relate to trade secret information or contain other privileged
11 information, the disclosure of which might result in irreparable harm and/or invasion of privacy
12 Plaintiff and her counsel agree that they shall not disclose, transmit or provide to anyone
13 any of the information and documents received from Defendant in the course of this lawsuit.
14 Plaintiff and her counsel further agree that they will not use any of the information and
15 documents received from Defendant for any purpose other than prosecuting this lawsuit.
16 By entering into this agreement, Defendant does not intend to waive, and does not waive,
17 any objections to any previous or future discovery requests by Plaintiff, including but not limited
18 to relevancy and privacy. In entering into this Agreement, Defendant does not concede that any
19 documents or information that have been or will be provided to Plaintiff in the course of this
20 litigation are relevant or otherwise admissible for the purposes of discovery, class certification,
21 summary judgment, trial or otherwise. Further, Defendant does not concede or agree that it will
22 produce all information or documents that have been or may in the future be requested by
23 Plaintiff which do or may qualify as confidential information as described above.
24 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
25 DATED: March 2, 2006                                THIERMAN LAW FIRM
26
27                                                   _____
28                                                   Mark R. Thierman
                                                     Attorney for Plaintiff LILIANA SOLIS

DATED: March 2, 2006               SEYFARTH SHAW LLP

                                   By _____
                                         G. Daniel Newland
                                       Attorneys for Defendant
                                        REGIS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED__March 7, 2006_____     _____
                                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3

Confidentiality Stipulation and Order / Case No. C 05 03039