IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE REGIS CORPORATION,<br><br>    Defendant.                           / | No. C 05-03039 CRB<br><br>**ORDER** |

    Now pending before the Court is defendant's motion for summary judgment.  Due to the unavailability of the Court, defendant's motion is continued to June 9, 2006 at 10:00 a.m. The briefing schedule, however, shall remain the same as if the motion were to be heard on May 12, 2006; that is, plaintiff's opposition is due April 21, 2006 and defendant's reply shall be filed on or before April 28, 2006.

    **IT IS SO ORDERED.**

Dated: April 11, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3039\ordercontinuingsj.wpd