United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LILIANA SOLIS,                          No. C 05-03039 CRB

12              Plaintiff,                   **ORDER**

13        v.

14   THE REGIS CORPORATION,

15              Defendant.
                                        /
16

17        Now pending before the Court are plaintiff's motion for class certification and motion

18   to file a third amended class action complaint.  Both motions are noticed for hearing on May

19   12, 2006.  Due to the unavailability of the Court, the hearing on the motions is continued to

20   June 9, 2006 at 10:00 a.m.  The briefing on the motions, however shall remain the same; that

21   is, defendant's oppositions are due April 21, 2006 and plaintiff's reply memoranda are due

22   April 28, 2006.

23        **IT IS SO ORDERED.**

24

25   Dated: April 11, 2006                  _____
                                            CHARLES  R. BREYER
26                                          UNITED STATES DISTRICT JUDGE

27

28

G:\CRBALL\2005\3039\ordercontinuingmotions.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28