IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS,<br><br>   Plaintiff,<br><br> v.<br><br>THE REGIS CORPORATION, et al.,<br><br>   Defendants. | No. C 05-03039 CRB<br><br>**ORDER** |

  Now pending before the Court is plaintiff's motion for class certification. Plaintiff filed the motion on the same day she filed a motion for leave to file a Third Amended Complaint. The Court granted her leave to amend, and she has since filed the amended complaint. The Third Amended Complaint adds a claim, adds and eliminates defendants, and more specifically articulates plaintiff's theories of liability.

  As defendants have not had the opportunity to respond to the new complaint, and as the new complaint streamlines this action, plaintiff's motion for class certification is denied without prejudice. The parties shall appear for a case management conference at 8:30 a.m. on June 16, 2006. Prior to the conference, the parties shall meet and confer on class certification issues, including whether they can agree to the certification of any claims or classes. The parties' joint case management conference statement shall advise the Court of any outstanding certification issues and shall include a proposed schedule for resolution of

United States District Court
For the Northern District of California

those issues.

   **IT IS SO ORDERED.**

Dated: June 2, 2006

                                          CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE