1  Mark R. Thierman Cal SB# 72913
   THIERMAN LAW FIRM
2  7287 Lakeside Drive
3  Reno, Nevada 89511
   Tel: (775) 284-1500
4
5  H. Tim Hoffman SB# 49141
   Arthur Lazear SB# 83603
6  HOFFMAN & LAZEAR
   180 Grand Street, Suite # 1550
7  Oakland, CA 94612
   Tel: (510) 763-5700
8
9
10                    UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13  LILIANA SOLIS, on behalf of herself, the   )  Case No.: C 05-03039 CRB
    general public and as an "aggrieved        )
14  employee" under the California Labor Code) STIPULATION AND [PROPOSED]
    Private Attorneys General Act,             )  ORDER TO CONTINUE RULE 26(f)
15                                             )  CASE MANAGEMENT CONFERENCE
                                               )
16         Plaintiff,                          )
           v.                                  )
17                                             )
    THE REGIS CORPORATION and each of          )
18  their subsidiaries doing business in       )
    California under such names as Supercuts,  )
19  Pro-Cuts, MasterCuts, CostCutters, Regis   )
20  Salons, Trade Secret, SmartStyle, Carlton  )
    Hair International, Mia & Maxx Hair        )
21  Studio, First Choice Haircutters, Magicuts,)
    City Looks, Hair Crafters, Great           )
22  Expectations, We Care Hair, Style America, )
23  Best Cuts, HairMasters, Saturday's,        )
    BoRics, Jean Louis David, Coiff & Co.,     )
24  Intermede, Vidal Sassoon, Blaine Beauty    )
    School and Saint Algue., and DOES 1-50,    )
25                                             )
                                               )
26         Defendants.                         )
                                               )
27
28  ///

STIPULATION TO CONTINUE RULE 26(F) CASE MANAGEMENT CONFERENCE                            1

1  On June 5, 2006, Mark R. Thierman, of Thierman Law Firm, for Plaintiff, and Catherine Dacre, Esq., of Seyfarth Shaw, LLP, for Defendant, met and conferred with regard to discovery issues and the upcoming Case Management Conference.

WHEREAS, the parties have discussed that there is a conflict in Mr. Thierman's schedule for the upcoming June 16, 2006 Case Management Conference. Also, more time is needed to submit the Joint Case Management Conference Statement.

WHEREAS, Plaintiff and Defendant have participated in preliminary meet and confer discussions with regard to the upcoming hearing and have agreed to continuing the date of the Case Management Conference to a mutually convenient date.

NOW, THEREFORE, the parties hereby stipulate to continue the date of the Case Management Conference from June 16, 2006 to June 30, 2006 at 8:30 a.m., if such date and time is agreeable to the Court.

Dated: 6/7/06

Mark R. Thierman
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500
Counsel for Plaintiff

Dated: 6/6/06

Catherine Dacre
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
(415) 397-2823
Counsel for Defendant Regis Corporation

///

STIPULATION TO CONTINUE RULE 26(F) CASE MANAGEMENT CONFERENCE            2

IT IS SO ORDERED that the date of the Case Management Conference shall be continued from June 16, 2006 to June 30, 2006 at 8:30 a.m.

Dated: June 8, 2006

_____
DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]