**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, | No. C 05-03039 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THE REGIS CORPORATION, et al., | |
| Defendants. | |

Now pending before the Court is defendants' motion to strike. After carefully considering the papers filed by the parties, the Court concludes that oral argument is unnecessary, and GRANTS defendants' motion.

Federal Rule of Civil Procedure 15 provides that once a party has amended its complaint, future amendments may be made "only by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a). Plaintiff did not obtain leave of court or defendants' consent before adding the paragraphs challenged by defendants; thus the paragraphs must be stricken. If plaintiff believes she has good cause for adding claims which she has not been previously granted leave to add, she should file a motion for leave to amend.

//
//
//

1  The Federal Rules apply to all litigants, including plaintiff.

2  **IT IS SO ORDERED.**

4  Dated: July 17, 2006

                                                    _____
                                                    CHARLES  R. BREYER
                                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California