1  Mark R. Thierman Cal SB# 72913
   **THIERMAN LAW FIRM**
2  7287 Lakeside Drive
3  Reno, Nevada 89511
   Tel: (775) 284-1500
4
5  H. Tim Hoffman SB# 49141
   Arthur Lazear SB# 83603
6  **HOFFMAN & LAZEAR**
   180 Grand Street, Suite # 1550
7  Oakland, CA 94612
   Tel: (510) 763-5700
8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | LILIANA SOLIS, on behalf of herself, the ) | Case No.: C 05-03039 CRB
   | general public and as an "aggrieved        )
14 | employee" under the California Labor Code) | STIPULATION AND [PROPOSED] ORDER
   | Private Attorneys General Act,             ) | TO REVISE THE BRIEFING SCHEDULE
15 |                                            )
   |           Plaintiff,                       )
16 |      v.                                    )
17 |                                            )
   | THE REGIS CORPORATION and each of )
18 | their subsidiaries doing business in        )
   | California under such names as Supercuts, )
19 | Pro-Cuts, MasterCuts, CostCutters, Regis   )
20 | Salons, Trade Secret, SmartStyle, Carlton  )
   | Hair International, Mia & Maxx Hair        )
21 | Studio, First Choice Haircutters, Magicuts,)
   | City Looks, Hair Crafters, Great            )
22 | Expectations, We Care Hair, Style America,)
23 | Best Cuts, HairMasters, Saturday's,        )
   | BoRics, Jean Louis David, Coiff & Co.,     )
24 | Intermede, Vidal Sassoon, Blaine Beauty    )
25 | School and Saint Algue., and DOES 1-50,    )
   |                                            )
26 |           Defendants.                      )
   |                                            )
27
28

STIPULATION AND ORDER                                                          1

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, as follows:

Plaintiff's Opposition to Defendant's Motion to Deny Class Certification which is currently due on September 8, 2006 will be due on September 15, 2006;

Defendant's Opposition to Plaintiff's Motion for Class Certification which is currently due on September 8, 2006 will be due on September 15, 2006;

Plaintiffs Reply to Defendant's Opposition to Motion for Class Certification which is currently due on September 15, 2006 will be due on September 22, 2006;

Defendant's Reply to Plaintiff's Opposition to Motion to Deny Class Certification which is currently due on September 15, 2006 will be due on September 22, 2006.

Hearing will be at 10:00 a.m. on October 6, 2006.

Dated: September 6th 2006

THIERMAN LAW FIRM

SEYFARTH SHAW LLP

/s/
Mark R. Thierman
Attorney for Plaintiff

Catherine M. Dacre
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: September 7, 2006

Honorable Charles R. Breyer



STIPULATION AND ORDER