1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILIANA SOLIS,

             Plaintiff,

   v.

THE REGIS CORPORATION, et al.,

             Defendants.

_____/

No. C 05-03039 CRB

**ORDER**

Now pending before the Court is defendant's ex parte motion for order shortening time for hearing on motion for protective order. Civil Local Rule 6-3(a)(2) requires the motion to describe "the efforts the party has made to obtain a stipulation to the time change." Defendant's motion does not contain any such description; indeed, it appears defendant has not conferred with plaintiff at all, not even on whether plaintiff will voluntarily cease sending the letters to which defendant objects. Accordingly, defendant's ex parte motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: September 12, 2006

                             _____

                             CHARLES  R. BREYER
                             UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28