IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE REGIS CORPORATION, et al.,<br><br>　　　　Defendants. | No. C 05-03039 CRB<br><br>**ORDER** |

　　Now pending before the Court is defendant Regis Corporation's renewed ex parte application for an order shortening time for hearing on motion for protective order and sanctions. The motion is GRANTED. Plaintiff shall file her opposition to the motion for a protection on or before September 27, 2006. Defendant's reply, if any, shall be filed on or before Monday October 2, 2006. The Court will hear the motion at the same time as the class certification motions, that is, 10:00 a.m. on October 6, 2006.

　　**IT IS SO ORDERED.**

Dated: September 21, 2006

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3039\orderreshortenedtime1.wpd