SEYFARTH SHAW LLP
G. Daniel Newland (State Bar No. 087965)
Catherine M. Dacre (State Bar No. 141988)
Allison B. Moser (State Bar No. 223065)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
REGIS CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>THE REGIS CORPORATION and each of their subsidiaries doing business in California under such names as Supercuts, Pro-Cuts, MasterCuts, CostCutters, Regis Salons, Trade Secret, SmartStyle, Carlton Hair International, Mia & Maxx Hair Studio, First Choice Haircutters, Magicuts, City Looks, Hair Crafters, Great Expectations, We Care Hair, Style America, Best Cuts, HairMasters, Saturday's, BoRics, Jean Louis David, Coiff & Co., Intermede, Vidal Sassoon, Blaine Beauty School and Saint Algue, and DOES 1-50<br><br>Defendant. | Case No. C 05-03039 CRB EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MOVE HEARING DATE OF DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO LA SALLE BANK  AS MODIFIED<br><br>Date: November 14, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Magistrate Judge Laporte |

Stipulation and Order / Case No. C 05-03039 CRB EDL

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, as
2   follows:
3   The parties, by and through their attorneys of record, hereby stipulate to move the hearing
4   date on Defendant's Motion to Quash Plaintiff's Subpoena to La Salle Bank. The hearing date
5   on Defendant's Motion to Quash, which is currently scheduled for 9:00 a.m. on November 14,
6   2006, will be moved to 9:00 a.m. on January 2, 2007.
7   Good cause exists to extend the hearing date on Defendant's Motion to Quash Plaintiff's
8   Subpoena to La Salle Bank because Defendant's counsel is under a court order to produce a
9   deponent in Los Angles on Tuesday, November 14, 2006, and is unavailable on the following
10  two Tuesdays in November. Plaintiff's counsel is unavailable in December due to his trial
11  schedule.
12  The parties respectfully request that the Court enter an Order moving the hearing date to
13  9:00 a.m. on January 2, 2007.

DATED: November 10, 2006        SEYFARTH SHAW LLP

                                By _____
                                   Allison B. Moser
                                Attorneys for Defendant REGIS CORPORATION

DATED: November 10, 2006        THIERMAN LAW FIRM

                                By _____
                                   Mark R. Thierman
                                Attorney for Plaintiff LILIANA SOLIS

**ORDER**

**IT IS SO ORDERED.** AS MODIFIED.
The Motion to Quash will be heard on January 9, 2007 at 9:00 a.m.

DATED: November 13, 2006        _____
                                United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Elizabeth D. Laporte

2

Stipulation and Order /
SF1 28269200.1 / 24210-000046