Mark R. Thierman Cal SB# 72913
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

H. Tim Hoffman SB# 49141
Arthur Lazear SB# 83603
HOFFMAN & LAZEAR
180 Grand Street, Suite # 1550
Oakland, CA 94612
Tel: (510) 763-5700

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br>v.<br><br>THE REGIS CORPORATION et al,<br><br>Defendants. | Case No.: C 05-03039 CRB (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE OF DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO LA SALLE BANK<br><br>Date: January 9th, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Magistrate Judge LaPorte |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, as follows:

The parties, by and through their attorneys of record, hereby stipulate to move the hearing date on Defendant's Motion to Quash Plaintiff's Subpoena to La Salle bank. The hearing date on Defendant's Motion to Quash, which is currently scheduled for 9:00 a.m. on January 9th, 2007, will be moved to February 6th, 2007.

1  Good cause exists to extend the hearing date on Defendant's Motion to Quash
2  Plaintiff's Subpoena to La Salle Bank because the parties are participating in settlement
3  negotiation.
4
5  The parties respectfully request that the Court enter an Order moving the hearing date
6  to 9:00 a.m. on February 6th, 2007.
7
8  Dated: January 8th, 2007
9
10
11  THIERMAN LAW FIRM                    SEYFARTH SHAW LLP
12
13  _____                  _____
    Mark R. Thierman                     Catherine M. Dacre
14  Attorney for Plaintiff               Attorney for Defendant
15
16
17      IT IS SO ORDERED.
18  Dated:   January 8, 2007
19
20
21
22
23
24
25
26
27
28



IT IS SO ORDERED
Judge Elizabeth D. Laporte