Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

H. Tim Hoffman SB# 49141
Arthur Lazear SB# 83603
**HOFFMAN & LAZEAR**
180 Grand Street, Suite #1550
Oakland, CA 94612
Tel: (510) 763-5700

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br>v.<br><br>THE REGIS CORPORATION et al,<br><br>Defendants. | Case No.: C 05-03039 CRB (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE OF DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO LA SALLE BANK   AS MODIFIED<br><br>Date: February 6, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Magistrate Judge LaPorte |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, as follows:

The parties, by and through their attorneys of record, hereby stipulate to move the hearing date on Defendant's Motion to Quash Plaintiff's Subpoena to La Salle bank. The hearing date on Defendant's Motion to Quash, which is currently scheduled for 9:00 a.m. on February 6, 2007, will be moved to 9:00 a.m. 3:00 PM April 10, 2007.

---

STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE OF DEFENDANT'S MOTION TO QUASH   1
PLAINTIFF'S SUBPOENA TO LA SALLE BANK   05-03039 CRB EDL

Good cause exists to extend the hearing date on Defendant's Motion to Quash Plaintiff's Subpoena to La Salle Bank because the parties are participating in settlement negotiation.

The parties respectfully request that the Court enter an Order moving the hearing date from 9:00 a.m. on February 6, 2007 to ~~9:00 a.m.~~ 3:00 PM on April 10, 2007.

Dated: February 5, 2007

| THIERMAN LAW FIRM | SEYFARTH SHAW LLP |
|---|---|
| /s/ Mark R. Thierman | Allison B. Moser<br>Catherine M. Dacre |
| Attorney for Plaintiff | Attorney for Defendant |

ORDER

The hearing on Defendant's Motion to Quash is continued to April 10, 2007 at 3:00 PM. This is the last extension.

IT IS SO ORDERED.

Dated: February 27, 2007



Honorable Elizabeth Laporte
Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte