SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Allison B. Moser (SBN 223065) amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
REGIS CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION and each of its subsidiaries doing business in California under such names as Supercuts, Pro-Cuts, MasterCuts, CostCutters, Regis Salons, Trade Secret, SmartStyle, Carlton Hair International, Mia & Maxx Hair Studio, First Choice Haircutters, Magicuts, City Looks, Hair Crafters, Great Expectations, We Care Hair, Style America, Best Cuts, HairMasters, Saturday's, BoRics, Jean Louis David, Coiff & Co., Intermede, Vidal Sassoon, Blaine Beauty School and Saint Algue, and DOES 1-50,<br><br>Defendant. | Case No. C 05-03039 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF ORDER ON MOTION TO QUASH SUBPOENA TO LA SALLE BANK** |

On April 25, 2007, the parties met and conferred pursuant to this court's April 18, 2007 Order granting in part and denying in part Defendant's motion to quash plaintiff's subpoena to La Salle National Bank. The parties seek an extension of the deadline for Defendant's opposition to Plaintiff's motion for reconsideration to allow Defendant to investigate the

1
Stipulation and [Proposed] Order Granting Extension for Opposition to Plaintiff's motion for reconsideration of Court's Order on Motion to Quash Plaintiff's Subpoena To La Salle National Bank – Case No. C 05-03039 CRB

availability of certain records and to allow the parties to further meet and confer. It is therefore stipulated that Defendant shall have until May 7, 2007 to file an opposition brief to Plaintiff's motion for reconsideration of the Court's order on the motion to quash.

IT IS SO STIPULATED.

DATED: April 26, 2007          SEYFARTH SHAW LLP


By: _____/ S /_____
Catherine M. Dacre
Attorneys for Defendant REGIS CORPORATION

DATED: April 26, 2007          THIERMAN LAW FIRM


By: _____/ S /_____
Mark R. Thierman
ATTORNEY FOR PLAINTIFF LILIANA SOLIS

IT IS SO ORDERED.

DATED: April 27, 2007

IT IS SO ORDERED
Judge Elizabeth D. Laporte
Hon. Elizabeth D. Laporte
Magistrate Judge

2

Stipulation and [Proposed] Order Granting Extension for Opposition to Plaintiff's motion for reconsideration of Court's Order on Motion to Quash Plaintiff's Subpoena To La Salle National Bank – Case No. C 05-03039 CRB