**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>  Plaintiff,<br><br>  v.<br><br>REGIS CORPORATION and each of its subsidiaries doing business in California under such names as Supercuts, Pro-Cuts, MasterCuts, CostCutters, Regis Salons, Trade Secret, SmartStyle, Carlton Hair International, Mia & Maxx Hair Studio, First Choice Haircutters, Magicuts, City Looks, Hair Crafters, Great Expectations, We Care Hair, Style America, Best Cuts, HairMasters, Saturday's, BoRics, Jean Louis David, Coiff & Co., Intermede, Vidal Sassoon, Blaine Beauty School and Saint Algue, and DOES 1-50,<br><br>  Defendant.<br>_____/ | No. C05-3039 CRB (EDL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

By her April 16, 2007 letter to the Court, which has been construed as a motion for leave to file a motion for reconsideration, Plaintiff seeks reconsideration of the Court's Order quashing the subpoena for documents relating to Defendant's profitability. See Docket No. 214. Defendant filed an opposition to Plaintiff's letter brief on May 7, 2007. Docket No. 225. For failure to show grounds for leave to file a motion for reconsideration pursuant to Local Rule 7-9(b), Plaintiff's motion for leave is denied without prejudice. As the Court instructed at the hearing on Defendant's

//

//

Motion to Quash, the parties are fully expected to meet and confer through direct dialogue and discussion on issues that become relevant during the course of discovery. If Defendant does intend to assert a defense which depends on profitability, that may well open the door to discovery on this topic.

**IT IS SO ORDERED.**

Dated:   May 9, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge