IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS,<br><br>        Plaintiff,<br><br>  v.<br><br>THE REGIS CORPORATION, et al.,<br><br>        Defendants.<br>                                        / | No. C 05-03039 CRB<br><br>**ORDER APPROVING CLASS NOTICE** |

      Now pending before the Court is plaintiff's motion for approval of the class notice and plaintiff's counsel's request that he be provided with a list of class members' last known addresses. After considering the proposed notice, and the parties' papers, the Court concludes that oral argument is unnecessary. See Local Rule 7-1(b).

      Plaintiff's request for approval of the proposed class notice is GRANTED upon the condition that the class period set forth in the notice is June 22, 2004 to July of 2005. In addition, class members shall be given 45 days from the mailing of the notice to opt out.

      Defendants, of course, must provide the third-party administrator with the class members' names and last-known addresses. The Court will not order defendants to also provide class counsel with a class member list of names and last known addresses; however, it will also not preclude counsel from having access to the list provided to the third-party administrator. Class counsel must be able to review the list for completeness and

1  thoroughness.

2  **IT IS SO ORDERED.**

4  Dated: October 9, 2007

          CHARLES  R. BREYER
          UNITED STATES DISTRICT JUDGE