1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LILIANA SOLIS,                          No. C 05-03039 CRB

12              Plaintiff,                    **ORDER**

13      v.

14   SUPERCUTS CORPORATE SHOPS, INC.,
     et al.,
15
              Defendants.
16   _____/

17
          Now pending before the Court is defendants' request for leave to file a motion for
18
     reconsideration of a portion of the Court's December 10, 2007 Order granting plaintiff's
19
     motion for summary judgment.
20
          Defendants' request is DENIED.  At defendants' urging, the Court determined that
21
     Labor Code section 225.5 does not apply to the provision at issue here; that is, there is no
22
     specific penalty provision for a violation of the section 212 provision that does not include
23
     the withholding of wages.  The Court is not persuaded by defendants' argument to the
24
     contrary.
25
     //
26
     //
27
     //
28

*United States District Court*
*For the Northern District of California*

1   The parties should be prepared to discuss how to finally resolve this lawsuit at the

2   June 13, 2008 case management conference.

3   **IT IS SO ORDERED.**

4

5   Dated: June 4, 2008                              _____
                                                     CHARLES  R. BREYER
6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California