Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

H. Tim Hoffman SB# 49141
Arthur Lazear SB# 83603
**HOFFMAN & LAZEAR**
180 Grand Street, Suite # 1550
Oakland, CA 94612
Tel: (510) 763-5700

Attorneys for Plaintiff

Catherine M. Dacre, Cal SB# 141988
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br>v.<br><br>THE REGIS CORPORATION, et al.,<br><br>Defendants. | Case No.: C 05-03039 CRB<br><br>CLASS, REPRESENTATIVE AND PRIVATE ATTORNEY GENERAL ACTION<br><br>JOINT REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Courtroom: 8<br>Honorable Charles Breyer |

1

Joint Request for a Continuance of the Case Management Conference and [Proposed] Order

Pursuant to the Court's order of May 14, 2008, Plaintiff Liliana Solis ("Plaintiff") and Defendant The Regis Corporation ("Defendant") must submit a Case Management Statement on or before June 6, 2008, in advance of a June 13, 2008 Case Management Conference. Plaintiff and Defendant hereby advise the Court that they have agreed to mediate this matter. The parties, therefore, request a 60-day continuance of these deadlines so that they may fully explore the possibility of settling this matter through mediation.

Dated: June 10, 2008         THIERMAN LAW FIRM

By: /s/ Mark R. Thierman
Mark R. Thierman
Attorneys for Plaintiff
Liliana Solis

Dated: June 10, 2008         SEYFARTH SHAW LLP

By: /s/ Catherine Dacre
Catherine Dacre
Attorneys for Defendant
The Regis Corporation

2

Joint Request for a Continuance of the Case Management Conference and [Proposed] Order

## [PROPOSED] ORDER

Upon the Stipulation of the parties, and for good cause shown, the Case Management Conference scheduled for June 13, 2008 is hereby continued to _____ August 22, _, 2008. at 8:30 a.m..

Dated:__June 11, 2008__

_____
Honorable Charles Breyer



IT IS SO ORDERED
Judge Charles R. Breyer