SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Allison B. Moser (SBN 223065) amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
REGIS CORPORATION AND
SUPERCUTS CORPORATE SHOPS, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA SOLIS, on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>THE REGIS CORPORATION and Supercuts Corporate Shops, Inc.<br><br>Defendants. | Case No. C 05-03039 CRB<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: September 19, 2008<br>Time: 8:30 a.m.<br>Judge: Hon/ Charles Breyer<br>Dept.: 8, 19th Floor |

IT IS HEREBY STIPULATED by and between Plaintiff Liliana Solis and the class she represents ("Plaintiffs") and Defendants The Regis Corporation and Supercuts Corporate Shops ("Defendants") through their respective counsel of record, that the Further Case Management Conference set for September 19, 2008 at 8:30 a.m. be continued for 30 days. The parties are diligently working on a settlement agreement, and anticipate that they will be able to have it completed and finalized within 30 days of the September 19, 2008 Further Case Management Conference Date.

The continuance of the Further Case Management Conference is warranted because counsel have been unable to complete the settlement agreement and proposed notice. Counsel have been in communication and exchanged information about details of pay practices for

incorporation into the agreement, but have not completed the documents. The further case management conference is presently scheduled for Friday, September 19th, a date when defendants' counsel will be out of the state at a meeting. Defendant's counsel advised the Court of this conflict at the last case management conference. Accordingly, defendants' counsel is unable to attend the further case management conference to discuss the status of the agreement with the Court.

Therefore, the parties respectfully request that the Further Case Management Conference be rescheduled to October 17, 2008. Counsel has conferred with the Court's clerk to confirm that this date is available on the court's calendar.

DATED: 9-17-08

Respectfully Submitted,

THIERMAN LAW FIRM

By: _____
Mark R. Thierman, Esq.
Attorney For Plaintiff
LILIANA SOLIS

DATED: September 17, 2008

SEYFARTH SHAW LLP

By: _____
Catherine M. Dacre
Allison B. Moser
Attorneys for Defendants
REGIS CORPORATION and SUPERCUTS CORPORATE SHOPS, INC.

Good cause appearing, **IT IS SO ORDERED.**

Dated: September 17, 2008

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

SF1 28334576.1 / 24210-000046

2

Stipulation to Continue Further Case Management Conference / Case No. C 05-03039 CRB