1  Mark R. Thierman Cal SB# 72913
   **THIERMAN LAW FIRM**
2  7287 Lakeside Drive
   Reno, Nevada 89511
3  Tel: (775) 284-1500

4  H. Tim Hoffman SB# 49141
   Arthur Lazear SB# 83603
5  **HOFFMAN & LAZEAR**
   180 Grand Street, Suite # 1550
6  Oakland, CA 94612
   Tel: (510) 763-5700
7
   Attorneys for Plaintiff
8
   Catherine M. Dacre, Cal SB# 141988
9  Allison B. Moser Cal SB# 223065
   Cassandra H. Carroll Cal SB# 209123
10 **SEYFARTH SHAW LLP**
   560 Mission Street, Suite 3100
11 San Francisco, CA 94105
   Tel: (415) 397-2823
12
   Attorneys for Defendants
13

14                    UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 **LILIANA SOLIS, on behalf of herself, the** )   Case No.: C 05-03039 CRB
   **general public and as an "aggrieved** )
17 **employee" under the California Labor Code**)   CLASS, REPRESENTATIVE AND
   **Private Attorneys General Act,** )             PRIVATE ATTORNEY GENERAL ACTION
18                                          )
         **Plaintiff,** )                          **STIPULATION AND [PROPOSED]**
19       **v.** )                                  **ORDER TO CONTINUE FURTHER**
                                            )      **CASE MANAGEMENT CONFERENCE**
20 **THE REGIS CORPORATION, et al.,** )
                                            )      Date: October 17, 2008
21       **Defendants.** )                         Time: 8:30 A.M.
                                            )      Courtroom: 8
22 _____ )       Honorable Charles Breyer

23

24        IT IS HEREBY STIPULATED by and between Plaintiff Liliana Solis and the class she

25 represents ("Plaintiffs") and Defendants The Regis Corporation and Supercuts Corporate Shops,

26 Inc. ("Defendants") through their respective counsel of record, that the further Case Management

27 Conference set for October 17, 2008 at 8:30 a.m. be continued until December 5, 2008. The

28

   Joint Request for Continuance of CMC and [Proposed] Order - Case No. C 05-03039 CRB

1   parties are diligently working on a settlement agreement, and have circulated drafts, and

2   anticipate that they will be able to have it completed and finalized by December 5, 2008.

3       The continuance of the Further Case Management Conference is warranted because

4   counsel have been unable to complete the settlement agreement and proposed notice. Counsel

5   have been in communication and have exchanged drafts of the settlement agreement, but have

6   not completed the documents. The parties require some communication from the mediator

7   regarding some of the details to be inserted into the settlement agreement and the mediator is out

8   of the country. The further case management conference is presently scheduled for Friday,

9   October 17, 2008, a date when Plaintiffs' counsel will be in mediation on another matter. When

10   Plaintiffs' counsel scheduled the mediation, it was anticipated that the settlement would be

11   complete in this matter prior to October 17, 2008.

12       Therefore, the parties respectfully request that the Further Case Management Conference

13   be rescheduled to December 5, 2008. Counsel has conferred with the Court's clerk to confirm

14   that this date is available on the court's calendar.

15   Dated: October 14, 2008                **THIERMAN LAW FIRM**

16

17

18                                        By:_____
                                        Mark R. Thierman

19                                           Attorneys for Plaintiff
                                        Liliana Solis

20

21   Dated: October 14, 2008                **SEYFARTH SHAW LLP**

22

23                                        By:_____
                                        Catherine Dacre

24                                           Allison B. Moser

25                                           Cassandra H. Carroll
                                        Attorneys for Defendant

26                                           The Regis Corporation

27   2

28

1

2

3

## [PROPOSED] ORDER

4    Upon the Stipulation of the parties, and for good cause shown, the Case Management

5    Conference scheduled for October 17, 2008 is hereby continued to ___December 05___, 2008.
     at 8:30 a.m.

6    Dated: October 15, 2008

7    Honorable Charles Breyer

8

9    IT IS SO ORDERED

10   Judge Charles R. Breyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                        3
     Joint Request for Continuance of CMC and [Proposed] Order - Case No. C 05-03039 CRB
28